# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

AMY G.,                                          §
      Plaintiff,                           §
                          §
v.                                               §    No. 3:25-CV-2557-X-BW
                          §
COMMISSIONER OF THE SOCIAL                       §
SECURITY ADMINISTRATION,                         §
      Defendant.                           §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, **GRANTS** Plaintiff's counsel's Unopposed Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA") (Dkt. No. 24), and awards attorney's fees of **$9,310.00**, and costs of **$405.00**, pursuant to the EAJA, to David F. Chermol, Esq.

It is further **ORDERED** that the award of attorney's fees should be made payable to Plaintiff and sent in care of Plaintiff's attorney, David F. Chermol, Esq., Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116. Such payment is subject to any offset under the Treasury Offset Program. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, preexisting debt to the government.

If such a debt exists, the government will reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt.

**SO ORDERED** on this 28th day of May, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE